In the Matter of the Arbitration of MICHAEL BENNETT, Respondent with the UNION ELEVATED RAILROAD COMPANY, of Brooklyn, Appellant.

(Argued June 18, 1890; decided June 24, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made December 10, 1889, which affirmed a judgment in favor of the respondent entered upon an order of Special Term confirming the award of certain arbitrators and affirmed an order of Special Term; also appeal from so much of said order as affirmed an order denying a motion to vacate said award.

*George W. Wingate* for appellant.

*John Leary* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment and order affirmed.

---

MANFRED M. TUCKER, Respondent, *v.* THE MUTUAL BENEFIT LIFE COMPANY, of Hartford, Connecticut, Appellant.

(Argued June 23, 1890; decided June 26, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made November 13, 1888, which affirmed a judgment in favor of plaintiff entered upon a verdict directed by the court.

*John Lansing* for appellant.

*J. Mullin* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.